CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Glen R. Segal, State Bar No. 126316
gsegal@gsaattorneys.com
GREEN, STEEL & ALBRECHT, LLP
19800 MacArthur Boulevard, Suite 1000
Irvine, California 92612
Telephone: (949) 263-0004
Facsimile: (949) 263-0005
Attorneys for Defendants
American Commercial Equities, LLC and Huang Tran & Associates

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br>v.<br><br>AMERICAN COMERCIAL EQUITIES, LLC, a California Limited Liability Company; TBG THREAD2, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 2:20-cv-02636-PA-RAO<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed <u>without prejudice</u> as to all parties; each party to bear his/her/its own attorneys' fees and costs, and subject to reopening by any party if the settlement in principle fails to be consummated within sixty (60) days. Upon completion of the settlement documents and terms, the Parties shall file stipulation of dismissal with prejudice as to the entire matter.

Dated: December 7, 2020        CENTER FOR DISABILITY ACCESS

By: /s/Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: December 7, 2020        GREEN, STEEL & ALBRECHT, LLP

By: /s/Glen R. Segal
    Glen R. Segal
    Attorneys for Defendants
    American Commercial Equities,
    LLC and Huang Tran & Associates

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Glen R. Segal, counsel for American Commercial Equities, LLC and TBG Thread2, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: December 7, 2020          CENTER FOR DISABILITY ACCESS

                                 By: /s/Amanda Seabock
                                     Amanda Seabock
                                     Attorneys for Plaintiff